IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MERSINO DEWATERING, INC., *et al*, | Case No. 13-cv-15079 |
| Plaintiffs, | Hon. Paul D. Borman |
| | Magistrate Judge R. Steven Whalen |
| v. | |
| SYLVIA M. BURWELL, *et al.*, | |
| Defendants. | |
| _____/ | |

## JOINT MOTION TO LIFT STAY AND ENTER JUDGMENT

On April 15, 2014, the Court granted parties' request to stay further proceedings in this case pending the Supreme Court's ruling in *Hobby Lobby v. Sebelius*, No. 13-354, and *Conestoga Wood Specialties v. Sebelius*, No. 13-356. ECF No. 7. Since this Court's order, the Supreme Court has rendered its decision in *Burwell v. Hobby Lobby Stores, Inc.*, __ S. Ct. __, 2014 WL 2921709 (June 30, 2014). In light of the Supreme Court's decision, the parties jointly agree that judgment should be entered in favor of Plaintiffs on their Religious Freedom Restoration Act claim, that a permanent injunction should be entered, that all of the other claims against Defendants will be dismissed, and that the issue of Plaintiffs' attorney fees and costs will be resolved after judgment is entered. Accordingly, the parties respectfully request that this Court enter the proposed injunction and

judgment, which has been agreed to by all parties and is filed concurrently with this motion as an attachment.

Respectfully submitted this 15th day of January, 2015,

| | |
|---|---|
| */s/ Erin Mersino*<br>Erin Mersino, Esq. (P70886)<br>Thomas More Law Center<br>24 Frank Lloyd Wright Drive<br>P.O. Box 393<br>Ann Arbor, MI 48106<br>emersino@thomasmore.org<br>(734) 827-2001 | JOYCE R. BRANDA<br>Acting Assistant Attorney General<br><br>BARBARA L. MCQUADE<br>United States Attorney<br><br>JENNIFER RICKETTS<br>Director<br><br>SHEILA M. LIEBER<br>Deputy Director<br><br>*/s/ Bradley P. Humphreys*<br>BRADLEY P. HUMPHREYS<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division,<br>Federal Programs Branch<br>20 Massachusetts Avenue N.W.<br>Washington, D.C. 20001<br>Tel: (202) 514-3367;<br>Fax: (202) 616-8470<br>Email:<br>bradley.p.humphreys@usdoj.gov<br>VA Bar. No. 83212<br><br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 15, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

                                        */s/ Bradley P. Humphreys*
                                        BRADLEY P. HUMPHREYS